NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

S.M., )
          )
    Appellant, )
          )
v. )   Case No. 2D17-1358
          )
STATE OF FLORIDA, )
          )
    Appellee. )
_____ )

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Pinellas
County; Mark I. Shames, Judge.

Howard L. Dimmig, II, Public Defender,
and Joanna Beth Conner, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.